# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:04-cr-057 |
| -vs- | : | District Judge Walter Herbert Rice<br>Magistrate Judge Michael R. Merz |
| PATRICK GREGORY POWER, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 83), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b), hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion for Relief from Judgment (Doc. No. 82) is DENIED.

March 10, 2009

Walter Herbert Rice
United States District Judge